**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:                                             Case No. 17-00507

CURTIS HARPER

Debtor(s)

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/09/2017.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 07/21/2017.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 7.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $1,990.33 |
| Less amount refunded to debtor | $1,240.84 |
| **NET RECEIPTS:** | **$749.49** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $91.55 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$91.55** |

Attorney fees paid and disclosed by debtor:    $388.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ALLIED INTERSTATE | Unsecured | 739.74 | NA | NA | 0.00 | 0.00 |
| ALLIED INTERSTATE | Unsecured | 1,834.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN FIRST FINANCE | Unsecured | 1,993.00 | 1,993.51 | 1,993.51 | 0.00 | 0.00 |
| Americash | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| AMERICASH LOANS LLC | Unsecured | 2,130.36 | NA | NA | 0.00 | 0.00 |
| ARNOLD SCOTT HARRIS | Unsecured | 424.00 | NA | NA | 0.00 | 0.00 |
| Bay Area Credit Servic | Unsecured | 1,780.41 | NA | NA | 0.00 | 0.00 |
| Burns Harbor Fire Department | Unsecured | 834.00 | NA | NA | 0.00 | 0.00 |
| CCSI | Unsecured | 174.00 | 207.00 | 207.00 | 0.00 | 0.00 |
| CHICAGO PUBLIC LIBRARY | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CALUMET CITY | Unsecured | NA | 270.00 | 270.00 | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 444.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CITY OF HOMETOWN | Unsecured | 25.00 | 25.00 | 25.00 | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 306.24 | NA | NA | 0.00 | 0.00 |
| COOK COUNTY TREASURER | Unsecured | 10,000.00 | NA | NA | 0.00 | 0.00 |
| COOK COUNTY TREASURER | Secured | NA | 2,109.68 | 0.00 | 0.00 | 0.00 |
| COOK COUNTY TREASURER | Secured | 10,000.00 | 7,011.11 | 7,011.11 | 333.34 | 0.00 |
| COOK COUNTY TREASURER | Unsecured | NA | NA | 2,109.68 | 0.00 | 0.00 |
| DEVRY INC | Unsecured | 260.00 | NA | NA | 0.00 | 0.00 |
| DEVRY INC | Unsecured | NA | 260.00 | 260.00 | 0.00 | 0.00 |
| ECMC | Unsecured | NA | 6,088.22 | 6,088.22 | 0.00 | 0.00 |
| EQUINOX | Unsecured | 1,625.00 | NA | NA | 0.00 | 0.00 |
| Family Medical Care Center | Unsecured | 230.00 | NA | NA | 0.00 | 0.00 |
| FAST CASH ADVANCE | Unsecured | 2,027.12 | 2,631.01 | 2,631.01 | 0.00 | 0.00 |
| FIRST CASH ADVANCE | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| FIRST PAYDAY LOANS | Unsecured | 536.39 | NA | NA | 0.00 | 0.00 |
| FRANCISCAN ST JAMES HEALTH | Unsecured | 3,342.24 | NA | NA | 0.00 | 0.00 |
| GREAT LAKES CREDIT UNION | Unsecured | 1,216.00 | NA | NA | 0.00 | 0.00 |
| HAWTHORNE CREDIT UNION | Unsecured | 1,216.00 | NA | NA | 0.00 | 0.00 |
| IL STATE DISBURSEMENT UNIT | Priority | 4,569.00 | NA | NA | 0.00 | 0.00 |
| Imaging Assoc Of Indiana PC | Unsecured | 174.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| INTERNAL REVENUE SERVICE | Unsecured | 15,000.00 | 15,866.63 | 15,866.63 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 4,369.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| JOHN STROGER HOSPITAL | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST TITLE LOANS | Secured | 3,895.00 | 2,036.68 | 2,036.68 | 324.60 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 750.00 | NA | NA | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 750.00 | NA | NA | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 750.00 | NA | NA | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 750.00 | NA | NA | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL RECOVERIES OF MINNES | Unsecured | 260.00 | NA | NA | 0.00 | 0.00 |
| NCEP LLC | Unsecured | NA | 10,627.85 | 10,627.85 | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 1,603.67 | 4,015.37 | 4,015.37 | 0.00 | 0.00 |
| NORTHWEST COLLECTORS | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COLLECTORS | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| OAK LAWN RADIOLOGISTS | Unsecured | 9.60 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE OF IL INC | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE OF IL INC | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE OF IL INC | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| PINNACLE CREDIT SERVICE | Unsecured | 1,599.00 | NA | NA | 0.00 | 0.00 |
| PUBLIC STORAGE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 1,377.74 | 1,377.74 | 0.00 | 0.00 |
| SPEEDY CASH | Unsecured | 1,150.00 | 1,150.40 | 1,150.40 | 0.00 | 0.00 |
| TATE & KIRLIN | Unsecured | 1,625.00 | NA | NA | 0.00 | 0.00 |
| T-MOBILE/T-MOBILE USA INC | Unsecured | NA | 53.10 | 53.10 | 0.00 | 0.00 |
| T-MOBILE/T-MOBILE USA INC | Unsecured | 147.19 | 87.55 | 87.55 | 0.00 | 0.00 |
| T-MOBILE/T-MOBILE USA INC | Unsecured | NA | 107.45 | 107.45 | 0.00 | 0.00 |
| TOYOTA MOTOR CREDIT | Unsecured | 5,000.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 1,864.00 | 1,879.16 | 1,879.16 | 0.00 | 0.00 |
| US EMPLOYEE CU | Unsecured | 152.88 | 0.00 | 0.00 | 0.00 | 0.00 |
| US EMPLOYEES CREDIT UNION | Unsecured | 665.00 | 665.03 | 665.03 | 0.00 | 0.00 |
| USA PAYDAY LOANS | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| USA PAYDAY LOANS | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| VERIZON | Unsecured | 768.00 | 1,586.18 | 1,586.18 | 0.00 | 0.00 |
| VERIZON | Unsecured | 906.31 | 753.39 | 753.39 | 0.00 | 0.00 |
| VILLAGE OF RIVERDALE | Unsecured | 446.28 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $2,036.68 | $324.60 | $0.00 |
| All Other Secured | $7,011.11 | $333.34 | $0.00 |
| **TOTAL SECURED:** | **$9,047.79** | **$657.94** | **$0.00** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$51,754.27** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $91.55 |
| Disbursements to Creditors | $657.94 |
| **TOTAL DISBURSEMENTS** : | **$749.49** |

12)   The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 08/21/2017          By:/s/ Tom Vaughn
                                              Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**